

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2016

No. 04-16-00471-CV

**IN RE** William B. **SIMS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

On July 28, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition and the response filed by the real party in interest and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The stay issued by this court on July 28, 2016 is LIFTED. The court's opinion will issue at a later date.

It is so **ORDERED** on September 29, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016-CI-10677, styled *In the interest of K.S.S., a Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.